UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

FILED
U.S. DIST. COURT
MIDDLE DIST. OF LA.

04 APR -8 AM 10: 34

SIGN_____
by DEPUTY CLERK

KENT ACOSTA, ET AL

VERSUS

MASTER MAINTENANCE &
CONSTRUCTION, INC., ET AL

CIVIL ACTION

NO. 98-1065-A

## JUDGMENT

Considering the courts ruling on Motions for Partial Summary Judgment and

Summary Judgment (doc. 876) filed by defendants, Georgia Gulf, HydroChem,

Lexington, Master Maintenance, and Payne & Keller and considering settlement by all

other parties;

IT IS ORDERED, ADJUDGED, AND DECREED that judgment be entered

herein in favor of all defendants, and against plaintiffs, Henry J. Chiro, Sr.,

Jacqueline B. Chiro, and Zachary B. Smith, III, and this action is hereby dismissed.

Baton Rouge, Louisiana, April 7, 2004.


JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA

Date Docketed

APR 0 8 2004

Notices Mailed To:

JVP, PH, EOM
CN, JP, SH
CNSL-23

| INITIALS | DOCKET# |
|----------|---------|
| SH | 877 |