UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KENT ACOSTA, ET AL                    CIVIL ACTION

VERSUS

MASTER MAINTENANCE &
CONSTRUCTION, INC., ET AL              NO. 98-1065-A-M2

### ORDER RELEASING FUNDS ON DEPOSIT FROM THE ZACHARY B. SMITH AND LOUISIANA INTERSTATE GAS SETTLEMENT TO CURRENT AND FORMER ATTORNEYS

The foregoing motion considered,

IT IS HEREBY ORDERED that the clerk is authorized and directed to draw checks on the funds on deposit in the registry of this court in the principal amount of $32,500.00 as follows: (1) payable to Lindsay, Marcel, Abadie & Wehbe, A.P.L.C., whose Tax I.D. No. is 72-1417895, in the principal amount of $29,641.08 plus all interest earned on such amount less the assessment fee for the administration of funds, and mail or deliver such check to Lindsay, Marcel, Abadie & Wehbe, A.P.L.C., 9431 Common Street, Baton Rouge, Louisiana 70809; and (2) jointly payable to Robert H. Schmolke, Tax I.D. No. 72-0925032, Donald T. Carmouche, Tax I.D. No. 72-0938929, Michael V. Clegg, Tax I.D. No. 72-1383475, J.J. McKernan, Tax I.D. No. 72-1407192, and Lewis O. Unglesby, Tax I.D. No. 72-0824210, in the principal amount of $2,858.92 plus all interest earned on such amount less the assessment fee for the administration of funds, and mail

or deliver such check to Mr. Ralph Stevens, Postlethwaite & Netterville, A.P.A.C., 8550 United Plaza Boulevard, Baton Rouge, Louisiana 70809.

Baton Rouge, Louisiana, this 27th day of August, 2007.

/s/ John V. Parker
JOHN V. PARKER, JUDGE
MIDDLE DISTRICT OF LOUISIANA